IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SHEET METAL WORKERS )
NATIONAL HEALTH FUND )
) No. 3-11-0295
v. )
)
LEE'S SHEET METAL & AIR )
CONDITIONING, INC. )

O R D E R

On May 12, 2011, the Clerk entered default against the defendant (Docket Entry No. 6).

By May 30, 2011, the plaintiff shall file a notice of its intent to proceed, indicating what further action it intends to take in the case and by what date. If the plaintiff has already filed a motion for preliminary injunction or motion for default judgment, it does not need to file such a notice.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge