IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHEET METAL WORKERS ) | |
| NATIONAL HEALTH FUND ) | |
| ) | No. 3-11-0295 |
| v. ) | |
| ) | |
| LEE'S SHEET METAL & AIR ) | |
| CONDITIONING, INC. ) | |

O R D E R

On May 24, 2011, the plaintiff filed a motion for preliminary injunction (Docket Entry No. 10).

Although default has already been entered against the defendant, the defendant shall have until June 13, 2011, to respond to the motion for preliminary injunction.

The Clerk is directed to forward the file in this case to the Honorable John T. Nixon for his consideration of the plaintiff's motion for preliminary injunction and accompanying filings (Docket Entry Nos. 10-12), and any response to be filed by the defendant no later than June 13, 2011.

Inasmuch as the defendant did not appear at the initial case management conference scheduled on May 10, 2011, did not file a response to the complaint after having been served on April 4, 2011, see Docket Entry No. 4, did not file a response to the plaintiff's request for entry of default (Docket Entry No. 5), and has not made any filings in this case or otherwise communicated with the Court, and inasmuch as default has been entered against the defendant, see Docket Entry No. 6, it appears that the defendant does not intend to enter an appearance in this case or otherwise defend this action.

Therefore, unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

The Clerk is directed to mail a copy of this order to the defendant, c/o James D. Lee, 106 Masters Road, East Palatka, Florida 32131, by regular, first class mail and by certified mail.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge