IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS NATIONAL HEALTH FUND, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | No. 3:11-cv-00295<br>Judge Nixon<br>Magistrate Judge Griffin |
| LEE'S SHEET METAL & AIR CONDITIONING, INC., | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Before the Court is Plaintiff Sheet Metal Workers National Health Fund's Notice of Dismissal, voluntarily dismissing this action. (Doc. No. 19.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case is therefore **DISMISSED without prejudice**.

It is so ORDERED.

Entered this the 5th day of January, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT